# Third District Court of Appeal

## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2179
Lower Tribunal No. F17-21512
_____

**John Allen Calaway,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

John Allen Calaway, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.